[No. 64424-6-I.   Division One.   January 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TANYA CHRISTINE RADCLIFFE, *Appellant*.

*Affirmed* by unpublished opinion per Lau, J., concurred in by Dwyer, C.J., and Appelwick, J.

[No. 64547-1-I.   Division One.   January 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD GREGORY COLLINS, *Appellant*.

*Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Spearman, J.

[No. 64569-2-I.   Division One.   January 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN MESINA, *Appellant*.

*Affirmed in part* and *remanded* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Spearman, JJ.

[No. 65011-4-I.   Division One.   January 18, 2011.]

*In the Matter of the Dependency of* D.E.B.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. NICHOLE L. BOYETT, *Appellant*.

*Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington and Spearman, JJ.